IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRAVIS COX,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF OMAHA, OMAHA POLICE DEPARTMENT, CHARLES SWEENEY, Officer; JOSEPH SALERNO, Officer; DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, and DOUGLAS COUNTY,<br><br>　　　　　　Defendants. | 8:23CV241<br><br>MEMORANDUM AND ORDER |

　　This matter is before the Court on its own motion. On August 9, 2023, the Court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the Court on July 5, 2023. Filing No. 18. On August 30, 2023, Plaintiff filed a notice of address change, Filing No. 19, but there is no indication in the record that he did not receive notice of the Court's August 9, 2023 order. To date, Plaintiff has not shown cause for his failure to pay the initial partial filing fee and has not paid the initial partial filing fee or sought an extension of time in which to do so.

　　IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the Court's initial partial filing fee, and for failure to comply with a Court order. The Court will enter judgment by a separate document.

Dated this 3rd day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2